THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, ex
rel. Jean May Hong,        Respondent,
 
 
 

v.

 
 
 
Thomas Brown is       
Appellant.
In the interest of: Annie May Brown, 10/20/1996, a
minor under the age of 18. 
 
 
 

Appeal From Pickens County
Alvin D. Johnson, Family Court Judge

Unpublished Opinion No. 2004-UP-637
Submitted December 1, 2004  Filed December 
 16, 2004

REVERSED AND REMANDED

 
 
 
S. Paul Aaron, of Clemson, for Appellant.
Dottie C. Ingram, of Pickens; Robert P. Lusk and Floy C. Kenyon, 
 both of Anderson, for Respondent.
Ann S. Miner, of Pickens, for Guardian ad
Litem.
 
 
 

PER CURIAM:  Thomas Brown appeals the family 
 court order granting Jean May Hong custody of their child.  Since the final 
 order is conclusory and fails to set forth specific findings as required by 
 Rule 26(a), SCRFC, we reverse and remand for the issuance of a proper order. 
 [1]   
REVERSED AND REMANDED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 
 [1]        We recognize that the trial judge announced his decision from 
 the bench, and in so doing, provided the apparent underlying basis for the 
 award of custody to the mother.  No findings, however, were included in the 
 final order, thereby precluding appellate review.